UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARENCE WARREN,

    Plaintiff,

    v.

J. GASTELO, et al.,

    Defendants.

Case No. 20-cv-02609-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at California Men's Colony, which lies in the Central District of California. Accordingly, this action is TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 16, 2020

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE WARREN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. GASTELO, et al.,<br><br>        Defendants. | Case No.  20-cv-02609-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on April 16, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence  Warren ID: C-15973
FW-152L
P.O Box 689
Soledad, CA 93960-0689

Dated: April 16, 2020

                                                    Susan Y. Soong
                                                  Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO